# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GERALD J. HAAS, | : | |
| Petitioner, | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 10-CV-183 |
| WARDEN, SCI SOMERSET, et al., | : | |
| Respondents. | : | |

## ORDER

**AND NOW**, this __7th__ day of December 2010, upon consideration of the Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 (Doc. 1), and after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski (Doc. 10), and Petitioner's Objections to the Report and Recommendation (Doc. 12), it is hereby **ORDERED** that:

- The Report and Recommendation is **APPROVED** and **ADOPTED**;

- The Petition for Writ of Habeas Corpus is **DISMISSED**;

- A certificate of appealability should not issue since, for the reasons set forth in the Report and Recommendation, petitioner has failed to show that a reasonable jurist could conclude that the Court is incorrect in dismissing the Petition.

s/Anita B. Brody
_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:                Copies **MAILED** on _____ to: